# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0734
Lower Tribunal No. 2020-CA-001232-CI

_____

MANUEL FIGUEROA and NOEMI FIGUEROA,

Appellants,

v.

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

December 12, 2025

PER CURIAM.

AFFIRMED. *See Rodriguez v. State*, 609 So. 2d 493, 499 (Fla. 1992) ("It is well settled that the specific legal ground upon which a claim is based must be raised at trial and a claim different than that raised below will not be heard on appeal."); *Melrose Ventures, LLC v. Uptempo Marketing Corp.*, 418 So. 3d 217, 220 (Fla. 6th DCA 2025) ("[N]ew and different arguments untimely raised for the first time in motions for rehearing which were denied are unpreserved.").

NARDELLA, WOZNIAK and WHITE, JJ., concur.

Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellants.

David A. Noel and Kara Rockenbach Link, of Link & Rockenbach, PA, West Palm Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED